**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Thuy Nhu Hoang | ) | Case No. 4:15-cr-006 |

_____

On January 28, 2015, the Government filed an Information charging Thuy Nhu Hoang with the offense of conspiracy in violation of 18 U.S.C. § 371. It also filed a "Request for Summons on Filing of an Information" and "Affidavit for Issuance of Arrest Warrant or Summons" executed by FBI Special Agent Ryan O'Neil.

Special Agent O'Neil's affidavit establishes probable cause to believe that Thuy Nhu Hoang may have committed offense as charged in the Information. Accordingly, court **GRANTS** the Government's request for summons (Docket No. 2) and authorizes the Clerk's office to issue a summons for Thuy Nhu Hoang. See Fed. R. Civ. P. 9(a).

**IT IS SO ORDERED.**

Dated this 30th day of January, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court